| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>**Law Offices of Dale K. Galipo**<br>21800 Burbank Blvd., #310<br>Woodland Hills, CA 91367<br>Ph: (818) 347-3333<br>Fx: (818) 347-4118<br><br>ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, L.S. by and through guardian *ad litem* MARIA SOSA, M.S. by and through guardian *ad litem* JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,<br><br>Plaintiff(s),<br>v.<br>CITY OF FRESNO and DOES 1–5,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Plaintiffs MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Maria Sosa | Plaintiff |
| L.S., a minor | Plaintiff |
| M.S., a minor | Plaintiff |
| City of Fresno | Defendant |

| | |
|---|---|
| <u>      08/30/2024                                   </u><br>Date | <u>*/s/ Dale K. Galipo*                                          </u><br>Signature<br><br>Attorney of record for (or name of party appearing in prop per):<br><br><u>Plaintiffs                                                                    </u> |

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**